The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NIKITA DIXON, | ) | Case No. 2:17-cv-01291-JLR |
| Plaintiff, | ) ) ) | **ORDER TO EXTEND TIME FOR DEFENDANTS MIDLAND FUNDING, LLC AND GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | ) ) | |
| MIDLAND FUNDING, LLC and GORDON, AYLWORTH & TAMI, P.C., | ) ) ) | |
| Defendants. | ) ) | [~~PROPOSED~~] |

This matter to extend time for defendants to respond to plaintiff's complaint having come before the Court by stipulation between the parties, and the court having considered the files and records herein, now therefore, it is

ORDERED that the time for defendants Midland Funding, LLC and Gordon Aylworth & Tami, PC to answer, move or otherwise respond to the Complaint in this action is extended to,

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER TO EXTEND TIME FOR DEFENDANTS MIDLAND FUNDING, LLC AND GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S COMPLAINT - Page 1
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

1  and includes, September 13, 2017.

2  DATED this 31st day of August, 2017.

3

4

5

6  _____
   HON. JAMES L. ROBART
7  UNITED STATES DISTRICT JUDGE

8  Presented by:
   *s/ Peter D. Eidenberg*
9  Peter D. Eidenberg, WSBA No. 40923
   KEATING JONES HUGHES, P.C.
10

**ORDER TO EXTEND TIME FOR DEFENDANTS MIDLAND FUNDING, LLC AND GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S COMPLAINT** - Page 2
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955