Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA DIXON,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC and GORDON AYLWORTH & TAMI, P.C.,<br><br>Defendants. | Case No. 2:17-cv-01291 JLR<br><br>[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT MIDLAND FUNDING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT |

This matter to extend time for Defendant Midland Funding, LLC to respond to Plaintiff's Complaint came before the Court by stipulation between the parties, and the Court having considered the Stipulation, its files and records herein, and being fully advised,

**IT IS HEREBY ORDERED** that the time for Defendants Midland Funding, LLC to answer, move, or otherwise respond to the Complaint in this action is extended to and includes September 20, 2017. No further extensions will be granted.

Dated this 14th day of September, 2017.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO EXTEND TIME
FOR DEFENDANT MIDLAND FUNDING,
LLC TO RESPOND TO PLAINTIFF'S
COMPLAINT – PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#53625737_v1

PRESENTED BY:

*s/ David J. Elkanich*
David J. Elkanich
E-mail:serve.dje@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for MIDLAND FUNDING, LLC*

[PROPOSED] ORDER TO EXTEND TIME
FOR DEFENDANT MIDLAND FUNDING,
LLC TO RESPOND TO PLAINTIFF'S
COMPLAINT – PAGE 2

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#53625737_v1