1

2

3

4

5

6

7                                                      The Honorable James L. Robart

8

9                        UNITED STATES DISTRICT COURT
10                       WESTERN DISTRICT OF WASHINGTON
                                  AT SEATTLE

11   NIKITA DIXON,                      )   Case No. 2:17-cv-01291-JLR
                                        )
12                  Plaintiff,          )   **ORDER GRANTING STIPULATED**
                                        )   **MOTION FOR ORDER TO ALLOW**
13          v.                          )   **DEFENDANT GORDON, AYLWORTH &**
                                        )   **TAMI, P.C. TO FILE AN AMENDED**
14   MIDLAND FUNDING, LLC and GORDON,   )   **ANSWER TO PLAINTIFF'S**
     AYLWORTH & TAMI, P.C.,             )   **COMPLAINT**
15                                      )
                                        )
16                  Defendants.         )   [PROPOSED]

17          Pursuant to the Stipulated Motion for Order to Allow Defendant Gordon, Aylworth &

18   Tami, P.C. to File an Amended Answer to Plaintiff's Complaint, and the Court having reviewed

19   the files and records herein, and for good cause shown

20          IT IS SO ORDERED that the Stipulated Motion for Order to Allow Defendant Gordon,

21   Aylworth & Tami, P.C. to File an Amended Answer to Plaintiff's Complaint is GRANTED.

22   Defendant shall file the Amended Answer within fourteen days of the date of this Order.

23          DATED this **10** day of October, 2017.

24

25                                          _____
                                            UNITED STATES DISTRICT JUDGE
26                                          HON. JAMES L. ROBART

**ORDER GRANTING STIPULATED MOTION FOR ORDER**                    KEATING JONES HUGHES P.C.
**TO ALLOW DEFENDANT GORDON, AYLWORTH &**                    One Southwest Columbia Street, Suite 800
**TAMI, P.C. TO FILE AN AMENDED ANSWER TO**                        Portland, Oregon 97258-2095
**PLAINTIFF'S COMPLAINT** - Page 1                                       (503) 222-9955
2:17-cv-01291-JLR

1   Presented by:

2   ANDERSON SANTIAGO, PLLC                    KEATING JONES HUGHES, PC

3

4   *s/ Jason D. Anderson*                       *s/ Peter Eidenberg*
    T. Tyler Santiago, WSBA No. 46004           Peter Eidenberg, WSBA No. 40923
5   tyler@alkc.net                              peidenberg@keatingjones.com
    Jason D. Anderson, WSBA No. 38014           Robert E. Sinnott, WSBA No. 46170
6   jason@alkc.net                              rsinnott@keatingjones.com
    787 Maynard Ave. S.                         One SW Columbia St., Suite 800
7   Seattle, WA 98104                           Portland, OR 97258
    Phone: (206) 395-2665                       Phone: (503) 222-9955
8   Fax: (206) 395-2719                         Fax: (503) 796-0699
9   *Of Attorneys for Plaintiff*                 *Of Attorneys for Defendant*
                                                *Gordon Aylworth & Tami, PC*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
    **ORDER GRANTING STIPULATED MOTION FOR ORDER**          KEATING JONES HUGHES P.C.
    **TO ALLOW DEFENDANT GORDON, AYLWORTH &**            One Southwest Columbia Street, Suite 800
    **TAMI, P.C. TO FILE AN AMENDED ANSWER TO**                 Portland, Oregon 97258-2095
    **PLAINTIFF'S COMPLAINT -** Page 2                              (503) 222-9955
    2:17-cv-01291-JLR

1      **CERTIFICATE OF SERVICE**

2          I hereby certify that on October 6, 2017, I electronically filed the foregoing **ORDER**

3  **GRANTING STIPULATED MOTION FOR ORDER TO ALLOW DEFENDANT**

4  **GORDON, AYLWORTH & TAMI, P.C. TO FILE AN AMENDED ANSWER TO**

5  **PLAINTIFF'S COMPLAINT** with the United States District Court for the Western District of

6  Washington at Seattle by using the CM/ECF system. I certify that the following parties or their

7  counsel of record are registered as ECF Filers and that they will be served by the CM/ECF

8  system:

9

| | |
|---|---|
| T. Tyler Santiago | David J. Elkanich |
| Jason Anderson | Holland & Knight |
| Anderson Santiago, PLLC | 111 SW Fifth Ave, Suite 2300 |
| 787 Maynard Ave. S., Suite 201 | Portland, OR 97204 |
| Seattle, WA 98104-2987 | Phone: (503) 517-2928 |
| Phone: (206) 395-2665 | Email: David.Elkanich@hklaw.com |
| Emails: Tyler@alkc.net & jason@alkc.net | Of Attorneys for Midland Funding, LLC |
| Of Attorneys for Nikita Dixon | |

14                  KEATING JONES HUGHES, P.C.

15

16                  *s/ Peter Eidenberg*
                    _____
17                  Peter Eidenberg, WSBA No. 40923
                    peidenberg@keatingjones.com, FAX 503-796-0699
18                  Robert E. Sinnott, WSBA No. 46170
                    rsinnott@keatingjones.com
19                  Of Attorneys for Gordon, Aylworth & Tami, P.C.

20                  Trial Attorney: Peter Eidenberg, WSBA No. 40923

21

22

23

24

25

26  **ORDER GRANTING STIPULATED MOTION FOR ORDER
    TO ALLOW DEFENDANT GORDON, AYLWORTH &
    TAMI, P.C. TO FILE AN AMENDED ANSWER TO
    PLAINTIFF'S COMPLAINT** - Page 3
    2:17-cv-01291-JLR

Doc No. 1091638