Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA DIXON, | Case No. 2:17-cv-01291 JLR |
| Plaintiff, | [PROPOSED] ORDER TO ALLOW DEFENDANT MIDLAND FUNDING LLC TO FILE AN AMENDED ANSWER |
| v. | |
| MIDLAND FUNDING, LLC and GORDON AYLWORTH & TAMI, P.C., | |
| Defendants. | |

This matter to allow Defendant Midland Funding LLC to file an Amended Answer to Plaintiff's Complaint came before the Court by stipulation between the parties, and the Court having considered the Stipulation, its files and records herein, and being fully advised,

**IT IS HEREBY ORDERED** that the Stipulated Motion for Order to Allow Defendant Midland Funding LLC to file an Amended Answer to Plaintiff's Complaint is GRANTED. Defendant Midland Funding LLC shall file its Amended Answer within fourteen days of the date of this Order.

Dated this 23rd day of October, 2017.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO ALLOW DEFENDANT
MIDLAND FUNDING LLC TO FILE AN
AMENDED ANSWER: CASE NO. 2:17-CV-01291
JLR
PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#54050314_v1

PRESENTED BY:

s/ David J. Elkanich
David J. Elkanich
E-mail:serve.dje@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

    *Of Attorneys for MIDLAND FUNDING LLC*

[PROPOSED] ORDER TO ALLOW DEFENDANT
MIDLAND FUNDING LLC TO FILE AN
AMENDED ANSWER: CASE NO. 2:17-CV-01291
JLR
PAGE 2

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#54050314_v1

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT MIDLAND FUNDING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** to be served on the following person[s]:

T. Tyler Santiago
Email: tyler@alkc.net
Jason Anderson
Email: jason@alkc.net
Anderson Santiago, PLLC
787 Maynard Ave. S., Suite 201
Seattle, WA 98104-2987
Phone: (206) 395-2665
Fax: (206) 395-2719
  *Of Attorneys for Nikita Dixon*

Peter D. Eidenberg
Keating Jones Hughes P.C.
Email: peidenberg@keatingjones.com
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
Phone: (503) 222-9955
  *Of Attorneys for Gordon, Aylworth & Tami, P.C.*

by causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED October 20, 2017.

*s/David J. Elkanich*
David J. Elkanich

CERTIFICATE OF SERVICE – PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#54050314_v1