The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA DIXON, | Case No. 2:17-cv-01291-JLR |
| Plaintiff, | ORDER TO EXTEND TIME FOR DEFENDANT GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES |
| v. | |
| MIDLAND FUNDING, LLC and GORDON, AYLWORTH & TAMI, P.C., | |
| Defendants. | [~~PROPOSED~~] |

This matter to extend time for defendant Gordon Aylworth & Tami, P.C. to respond to plaintiff's Motion to Strike Affirmative Defenses having come before the Court by stipulation between the parties, and the court having considered the files and records herein, now therefore, it is

ORDERED that the time for defendant Gordon Aylworth & Tami, PC to respond to plaintiff's Motion to Strike Affirmative Defenses, and other related deadlines, is extended as follows:

/ / /

/ / /

/ / /

ORDER TO EXTEND TIME FOR DEFENDANTS MIDLAND FUNDING, LLC AND GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S COMPLAINT - Page 1
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

|  | FROM | TO |
|---|---|---|
| Defendants' Deadline to respond to Plaintiff's Motion to Strike, on or before: | November 20, 2017 | December 4, 2017 |
| Plaintiff's Reply re Motion to Strike, on or before: | November 24, 2017 | December 8, 2017 |
| Court takes Motion to Strike under consideration: | November 24, 2017 | December 8, 2017 |

DATED this 20th day of November, 2017.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Peter D. Eidenberg*
Peter D. Eidenberg, WSBA No. 40923
KEATING JONES HUGHES, P.C.

ORDER TO EXTEND TIME FOR DEFENDANTS MIDLAND FUNDING, LLC AND GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S COMPLAINT - Page 2
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955