The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA DIXON, | Case No. 2:17-cv-01291-JLR |
| Plaintiff, | [~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES |
| v. | |
| MIDLAND FUNDING, LLC and GORDON, AYLWORTH & TAMI, P.C., | |
| Defendants. | |

This matter to allow Defendant Gordon Aylworth & Tami, P.C. additional time to respond to plaintiff's Motion to Strike Affirmative Defenses came before the Court by stipulation between the parties, and the Court having considered the Stipulation, its files and records herein, and being fully advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Stipulation to Extend Time for Defendant Gordon Aylworth & Tami, P.C. to Respond to Plaintiff's Motion to Strike Affirmative Defenses is GRANTED. The time for defendant Gordon Aylworth & Tami, P.C. to respond to plaintiff's Motion to Strike Affirmative Defenses, and other related deadlines is extended as follows:

///

[PROPOSED] ORDER RE STIPULATION TO EXTEND
TIME FOR DEFENDANT GORDON AYLWORTH & TAMI,
P.C. TO RESPOND TO PLAINTIFF'S MOTION TO
STRIKE AFFIRMATIVE DEFENSES - Page 1
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

|  | FROM | TO |
|---|---|---|
| Defendants' Deadline to respond to Plaintiff's Motion to Strike, on or before: | December 4, 2017 | December 18, 2017 |
| Plaintiff's Reply re Motion to Strike, on or before: | December 18, 2017 | December 22, 2017 |
| Court takes Motion to Strike under consideration: | December 8, 2017 | December 22, 2017 |

DATED this 3rd day of December, 2017.

_____
Honorable James L. Robart
United States District Judge

Presented by:
KEATING JONES HUGHES, P.C.

*s/ Peter Eidenberg*
_____
Peter Eidenberg, WSBA No. 40923
peidenberg@keatingjones.com
One SW Columbia Street, Suite 800
Portland, OR 97258-2095
Of Attorneys for Defendant Gordon Aylworth & Tami, PC

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** - Page 2
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing **[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** with the United States District Court, Western District of Washington at Seattle by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| T. Tyler Santiago<br>Jason Anderson<br>Anderson Santiago, PLLC<br>787 Maynard Ave. S., Suite 201<br>Seattle, WA 98104-2987<br>Phone: (206) 395-2665<br>Emails: Tyler@alkc.net & jason@alkc.net<br>Of Attorneys for Nikita Dixon | David J. Elkanich<br>Holland & Knight<br>111 SW Fifth Ave, Suite 2300<br>Portland, OR 97204<br>Phone: (503) 517-2928<br>Email: David.Elkanich@hklaw.com<br>Of Attorneys for Midland Funding, LLC |

KEATING JONES HUGHES, P.C.

*s/ Peter D. Eidenberg*
Peter D. Eidenberg, WSBA No. 40923
KEATING JONES HUGHES, P.C.
1 SW Columbia St, Suite 800
Portland, OR 97258-2095
peidenberg@keatingjones.com
Tel: 503-222-9955
Attorneys for Gordon, Aylworth & Tami, P.C.

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT GORDON AYLWORTH & TAMI, P.C. TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES - Page 3
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

Doc No. 1112965