The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA DIXON, | Case No. 2:17-cv-01291-JLR |
| Plaintiff, | ~~(PROPOSED)~~ ORDER OF DISMISSAL |
| v. | |
| MIDLAND FUNDING, LLC and GORDON, AYLWORTH & TAMI, P.C., | |
| Defendants. | |

This matter came before the Court by stipulation between the parties, pursuant to Fed. R. Civ. P. 41(a) and LR 41-1(a), and the Court having reviewed the files and records herein, it is

ORDERED, ADJUDGED and DECREED that this Court enters a judgment of dismissal of this case and all claims, with prejudice and without costs or attorney fees to any party.

DATED this 27th day of December, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:
KEATING JONES HUGHES, PC
Peter D. Eidenberg, WSBA No. 40923
*Of Attorneys for Defendant*
*Gordon Aylworth & Tami, PC*

**(PROPOSED) ORDER OF DISMISSAL** - Page 1
2:17-cv-01291-JLR

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2017, I electronically filed the foregoing **(PROPOSED) ORDER OF DISMISSAL with proposed order on same** with the United States District Court for the Western District of Washington at Seattle by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| T. Tyler Santiago<br>Jason Anderson<br>Anderson Santiago, PLLC<br>787 Maynard Ave. S., Suite 201<br>Seattle, WA 98104-2987<br>Phone: (206) 395-2665<br>Emails: Tyler@alkc.net & jason@alkc.net<br>Of Attorneys for Nikita Dixon | David J. Elkanich<br>Holland & Knight<br>111 SW Fifth Ave, Suite 2300<br>Portland, OR 97204<br>Phone: (503) 517-2928<br>Email: David.Elkanich@hklaw.com<br>Of Attorneys for Midland Funding, LLC |

KEATING JONES HUGHES, P.C.


*s/ Peter Eidenberg*

Peter Eidenberg, WSBA No. 40923
peidenberg@keatingjones.com, FAX 503-796-0699
Robert E. Sinnott, WSBA No. 46170
rsinnott@keatingjones.com
Of Attorneys for Gordon, Aylworth & Tami, P.C.

(PROPOSED) ORDER OF DISMISSAL - Page 2
2:17-cv-01291-JLR
Doc No. 1114629

KEATING JONES HUGHES P.C.
One Southwest Columbia Street, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955